# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0090, <u>Appeal of Edward William DuClos</u>, the court on November 30, 2022, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The petitioner, Edward William DuClos, appeals a decision of the New Hampshire Department of Safety, ordering him to install an ignition interlock device as a condition of the restoration of his driver's license following a DWI conviction. <u>See</u> RSA 265-A:36-a (Supp. 2021). Based upon our review of the department's decision, the petitioner's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the petitioner has not demonstrated reversible error and affirm the department's decision. <u>See</u> <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**